UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIM. CASE NO:
V.                                      MJ04-M-245:001 JLA

RUDOLPH HARDIAL
        Defendant

**ORDER ON**
**APPOINTMENT OF FEDERAL DEFENDER**

ALEXANDER, U.S.M.J.

On November 8, 2004, the defendant in the above-entitled action appeared before this Court on a complaint charging violations of 21 U.S.C. §952 illegal importation of cocaine. The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel, it is hereby ORDERED that attorney Martin Richey of the Federal Defender Office for the District of Massachusetts be appointed, effective as of November 8, 2004, to represent said defendant in this cause until further order of the Court.

    SO ORDERED.

                                      JOYCE LONDON ALEXANDER
                                      UNITED STATES MAGISTRATE JUDGE

                                      BY THE COURT:
                                      /S/ Rex Brown
                                      Courtroom Clerk

November 8, 2004
Date